UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, JR.<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY SHERIFF'S CORRECTIONS BUREAU,<br><br>Defendant.. | CASE NO. C11-1353RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

This matter is before the Court for consideration of a Report and Recommendation filed by the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. # 5. Judge Tsuchida recommends dismissal of the action for failure to pay the filing fee or present an application to proceed *in forma pauperis* ("IFP"). The Court shall approve and adopt the Report and Recommendation, but writes to address a "motion to freeze deadlines" entered on the docket on September 30, 2011. Dkt. # 6. Plaintiff contends that he is being denied access to "legal materials" such as a printer and certain file management options on the computer. *Id*. However, he has failed to demonstrate how either situation impairs his ability to pay the filing fee or file an IFP petition as he was directed by the Clerk on August 15, 2011. Dkt. # 2. The motion to freeze (Dkt. # 6) is accordingly DENIED.

The Court, now having considered the Report and Recommendation and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

ORDER - 1

(2) The complaint and action are DISMISSED without prejudice for failure to pay the filing fee; and

(3) The Clerk is directed to terminate this case, and to send copies of this Order to plaintiff and to the Honorable Brian A. Tsuchida.

Dated this 14th day of October 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2